# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-1149
_____

LUCY ALLEN,

    Petitioner,

v.

GUARDIANSHIP OF MARION
ALLEN, GARY ALLEN, as
Guardian of the Property; and
ELIZABETH HADOULIS, as
Guardian of the Person,

    Respondents.

_____

Petition for Writ of Prohibition—Original Proceedings.

May 20, 2026

PER CURIAM.

The Court denies on the merits the corrected/amended petition for writ of prohibition, filed on April 22, 2026.

LEWIS, WINOKUR, and NEFF, JJ., concur.

––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––

V. Ashley Paxton of Paxton Appeals & Trials, Fort Lauderdale, for Petitioner.

Twyla Sketchley of The Sketchley Law Firm, P.A., and Max J. Solomon of Heuler, Wakeman, Solomon Law Group, PLLC., Tallahassee, for Respondents.